

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2019

No. 04-19-00406-CV

Richard A. **CONTRERAS** the owner heir to Los Ojuelos Ranch, Abst.# 1393-Sur.# 592, Ind.,
Appellants

v.

Enrique **BENAVIDES**, et. al., Leroy & Lavada Jones, Jean Shell, Trust, Huisache Land &
Minerals, Ltd., Guillermo Salinas & CAAMR Invest Janice Hinds-Ind., Los Ojuelos Ranch
Partnership, Diana Peacock, Mgr., Killam Ranch Properties, Ltd.,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CV7002684-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Sitting:     Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

On August 29, 2019, appellant filed a motion for extension of time to file a motion for rehearing. The motion is DENIED.

It is so **ORDERED** on this 4th day of September, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court